UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ECKARD,

    Plaintiff,

v.

BRIAN WILMOTH,

    Defendant.

Case No. C19-0377-BJR

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed Plaintiff's complaint, Defendant's motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (ECF No. 17) and lack of objection to the same, and the remaining record, does hereby ORDER:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Defendant's motion for summary judgment (Dkt. 11) is GRANTED;

    (3)    Plaintiff's complaint (Dkt. 5) and this action are DISMISSED, with prejudice, for failure to exhaust administrative remedies; and

//

//

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Mary Alice Theiler.

DATED this 11th day of October, 2019.

*Barbara J. Rothstein*
BARBARA JACOBS ROTHSTEIN
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2